UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JAN 15 AM 9:03
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) |
| | ) Case No. **CR115 011** |
| v. | ) COUNT ONE |
| | ) Driving While License Suspended |
| JAMES PARKER, | ) or Revoked |
| | ) 18 U.S.C. §§ 7 & 13 |
| Defendant. | ) O.C.G.A. § 40-5-121(a) |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

On or about the 29th day of September, 2014 in the Southern District of Georgia, the defendant,

JAMES PARKER,

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Charlie Norwood Veterans Administration Medical Center, Downtown Division, on land acquired for the use of the United States and under its jurisdiction, was unlawfully driving a moving vehicle on a public highway while his privilege to do so was revoked, a misdemeanor in violation of Title 18, United States

Code, Sections 7 and 13 and the Official Code of Georgia Annotated, Section 40-5-121(a).

        EDWARD J. TARVER
        UNITED STATES ATTORNEY

        Meredith M. Picard
        Special Assistant U.S. Attorney
        Office of the Staff Judge Advocate
        Fort Gordon, GA  30905-5280
        (706) 791-6109; Fax 791-1749

## VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 20_____

_____
*Foreman*

## PLEA

The defendant, _____, waives arraignment and pleads _____

In open Court, this _____ day of _____, 20_____

_____
*Counsel for Defendant*

_____
*Defendant*

---

**United States District Court**
**Southern District of Georgia**

_____ Augusta _____ Division

UNITED STATES

VS.

JAMES PARKER

No: 1:15-cr-00011

**INFORMATION**

FOR

Driving While License Suspended or Revoked, 18 USC §§ 7 & 13, OCGA § 40-5-121(a)

Filed in open Court this _____ day of _____, 20___

_____
*Deputy Clerk*

_____
*United States Attorney.*

USA-10-21-1

---

## PLEA

The defendant(s) _____
_____ being fully informed
and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel.
and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads
_____.

In open court this _____ day of _____, 20_____

_____

_____

Witness:

_____
*Clerk, United States Court*