# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **N O T I C E** |
| v. | 1:15CR011 |
| JAMES PARKER | |

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

**DATE AND TIME:** **THURSDAY, FEBRUARY 19, 2015 AT 9:00 A.M.**

Failure to appear for this proceeding will result in the issuance of a bench warrant.

Please allow extra arrival time to clear security at the door, and be prepared to produce personal identification at the security desk when entering the building. Electronic devices are not permitted.

Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.

You are entitled to be represented at this proceeding and any hearings or trial that may follow by an attorney of your own choosing. If you do not believe you can afford to hire a lawyer, but do want to be represented by counsel, you may request the Court to appoint a lawyer for you. Any requests for Court appointed attorney will be handled by the Judge upon your appearance on the above date.

The dress code for court is business attire, generally meaning collared shirts and trousers for men and blouses, slacks, dresses, and skirts for women. No jeans or other denim clothing, shorts, sleeveless shirts, tank tops, t-shirts, sandals, or skirts more than two inches above the knee. The detailed dress policy is available upon request.

**PLACE:** FEDERAL JUSTICE CENTER
UNITED STATES DISTRICT COURTHOUSE
600 JAMES BROWN BOULEVARD
COURTROOM 1
AUGUSTA, GEORGIA

**TYPE OF PROCEEDING:** INITIAL APPEARANCE

**DATE:** January 23, 2015

**TO:** Magistrate Judge Epps
JAG
U. S. Marshal
U.S. Probation
Defendant

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, electronic mail, or the U. S. Mail.

SCOTT POFF
CLERK OF COURT

BY: _____/s/ Cirillo_____
REBECCA CIRILLO, COURTROOM DEPUTY CLERK
706 849-4404