# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE** |
| v. | CR 115-011 |
| JAMES PARKER | |

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

DATE AND TIME: **WEDNESDAY, MARCH 11, 2015 AT 1:00 P.M.**

**Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.**

**Please allow extra arrival time to clear security at the door, and be prepared to produce personal identification at the security desk when entering the building. Cell phones and pagers are not permitted.**

**The dress code for court is business attire, generally meaning collared shirts and trousers for men and blouses, slacks, dresses, and skirts for women. No jeans or other denim clothing, shorts, sleeveless shirts, tank tops, t-shirts, sandals, or skirts more than two inches above the knee. The detailed dress policy is available upon request.**

PLACE: FEDERAL JUSTICE CENTER
UNITED STATES DISTRICT COURTHOUSE
600 JAMES BROWN BOULEVARD
COURTROOM 1
AUGUSTA, GEORGIA

TYPE OF PROCEEDING: INITIAL APPEARANCE

DATE: 3/6/2015

TO: Magistrate Judge Epps
AUSA/JAG
U. S. Marshal
U.S. Probation
Defendant's Attorney
Defendant

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, electronic mail, or the U. S. Mail.

SCOTT POFF
CLERK OF COURT

BY: *[signature]*

REBECCA CIRILLO, COURTROOM DEPUTY CLERK
706 849-4404