IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-011 |
| | ) | |
| JAMES PARKER | ) | |

**O R D E R**

Before the Court are various pretrial discovery motions filed by Defendant. Assuming that the government has followed its customary liberal discovery policy in this case, many (if not all) of the routine discovery motions filed by Defendant may have been satisfied without the need for Court intervention. The Court will conduct a hearing to consider any motions that the parties have not been able to resolve. Accordingly, the Court **DIRECTS** defense counsel and the government to file a joint status report by April 22, 2015 that states whether all pretrial motions have been satisfied or otherwise resolved. Any unresolved motions requiring a ruling by the Court must be listed by title and docket number. For the convenience of the parties, the Court has attached to this Order two sample formats for the joint status report.

The Court will require attendance at a hearing on any motion listed as unresolved and may require supplemental briefing prior to such hearing. The parties should <u>only</u> list motions over which the parties disagree. Motions not listed will be deemed resolved or waived.

SO ORDERED this 15th day of April, 2015, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-xxx |
| | ) | |
| DEFENDANT A | ) | |
| | ) | |

**JOINT STATUS REPORT**

The United States of America, through the undersigned Assistant United States Attorney, and Defendant, through his attorney, state that all pretrial motions have been satisfied or otherwise resolved.

This ____ day of _____, 2015, at Augusta, Georgia.


/s/     <u>Assistant United States Attorney</u>


/s/     <u>Defense Counsel</u>


**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-xxx |
| | ) | |
| DEFENDANT A | ) | |
| | ) | |

_____

**JOINT STATUS REPORT**

_____

The United States of America, through the undersigned Assistant United States Attorney, and Defendant, through his attorney, state that they have not been able to resolve the following pretrial motion(s) and will require a ruling from the Court to settle the actual controversy or dispute:

- Motion to Suppress       Doc. no. 8
- Motion for Severance     Doc. no. 10

We understand that the Court will require attendance at a hearing on any listed motion and may require supplemental briefing prior to such hearing. We also understand that we will be required to explain to the Court what steps were taken to attempt to resolve the motion(s) without Court intervention.

This ____ day of _____, 2015, at Augusta, Georgia.

/s/   Assistant United States Attorney

/s/   Defense Counsel

**EXHIBIT B**