IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

```
UNITED STATES OF AMERICA      )
                              )
            v.                )      CR 115-011
                              )
JAMES PARKER                  )
```

_____

**O R D E R**

_____

The matter is now before the Court on the Government's "Motion to Dismiss" the above-captioned case. (Doc. no. 20.) The Court finds a basis for the dismissal. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the motion is **GRANTED**.

SO ORDERED this 1st day of May, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA